UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CHRISTIAN SANCHEZ, :
:
Plaintiff, :
: 21-CV-4269 (JMF)
-v- :
: ORDER
MEDI-VET ANIMAL HEALTH, L.L.C., :
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff filed his complaint on May 12, 2021, ECF No. 1, and served Defendant with the summons and complaint on May 25, 2021 and filed proof of service with the Court, ECF No. 6. To date, Defendant has not answered the complaint or otherwise appeared in this action. The Court ordered Plaintiff to file any motion for default judgment no later than June 29, 2021. ECF No. 7. When Plaintiff failed to do so, the Court ordered Plaintiff to show cause why his claims should not be dismissed for failure to prosecute. ECF No. 8. Plaintiff filed his response on July 7, 2021. ECF No. 11.

      Upon review of Plaintiff's papers in response to the order to show cause, the Court declines to dismiss Plaintiff's claims in light of the circumstances. That said, Defendant remains in default. Accordingly, Plaintiff's deadline to file a motion for default judgment is EXTENDED, *nunc pro tunc*, to **July 30, 2021**. Any opposition to any default judgment motion shall be filed no later than **August 6, 2021**. In addition, the default judgment hearing previously scheduled for July 8, 2021 is REINSTATED and ADJOURNED to **August 12, 2021** at **4:00 p.m.**

      Absent a settlement, Defendant shall **promptly** enter a notice of appearance.

      Plaintiff shall **promptly** serve a copy of this Order on Defendant and file proof of such service on the docket.

    SO ORDERED.

Dated: July 9, 2021
      New York, New York
                                               JESSE M. FURMAN
                                               United States District Judge